**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE MENDOZA-GONZALEZ,

    Petitioner,

vs.

DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    Respondents.

_____/

2:15-cv-02483-APG-GWF

**ORDER**

    This action is a petition for writ of habeas corpus by Nevada prisoner Jose Mendoza-Gonzalez. Mendoza-Gonzalez filed his petition on December 28, 2015. He has paid the filing fee for the petition. *See* Notice filed February 18, 2016 (ECF No. 4).

    The Court has reviewed Mendoza-Gonzalez's petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and determines that it merits service upon respondents and a response by respondents.

    Mendoza-Gonzalez has filed a motion for appointment of counsel (ECF No. 3). "Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations." *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir.1970) (per curiam). The court may, however, appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; see also,

Rule 8(c), Rules Governing Section 2254 Cases; *Chaney*, 801 F.2d at 1196. The record in this case reflects that appointment of counsel is not warranted.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the petition for writ of habeas corpus (now attached to the application to proceed *in forma pauperis*, at ECF No. 1).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus and a copy of this order.

**IT IS FURTHER ORDERED** that respondents shall have **60 days** from the date of entry of this order to appear in this action, and to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that if respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

Dated this 9th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE