1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**

7
**DISTRICT OF NEVADA**

8
9 JOSE MENDOZA-GONZALEZ,

10     Petitioner,    2:15-cv-02483-APG-GWF

vs.

11                                            **ORDER**

12 DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

13     Respondents.

14 _____/

15

16     In this habeas corpus action, after a 120-day extension of time, the petitioner, Jose Medoza-
17 Gonzalez, was due to file an amended habeas petition by February 2, 2017. *See* Order entered
18 October 13, 2017 (ECF No. 17).

19     On February 2, 2017, Mendoza-Gonzalez filed a motion for an extension of time, requesting
20 a second extension of time, to February 16, 2017, to file an amended petition (ECF No. 18).
21 Counsel for Mendoza-Gonzalez states that the further 14-day extension of time is necessary because
22 of her obligations in other cases and time away from her office. The court finds that the motion for
23 extension of time is made in good faith and not solely for the purpose of delay, and that there is good
24 cause for the requested extension of time. The court will grant the motion for a second extension of
25 time.

26     *The court will not look favorably upon any motion to further extend this deadline.*

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 18) is **GRANTED**.  Petitioner shall have until and including **February 16, 2017**, to file an amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 7, 2016 (ECF No. 15) shall remain in effect.

Dated this 3rd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE